UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CITY SQUARE, LLC

      Plaintiff,

CASE NO. 8:16-cv-2846-T-36AAS

v.

CHUBB CUSTOM INSURANCE COMPANY

      Defendant.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, CITY SQUARE, LLC, and the Defendant, CHUBB CUSTOM INSURANCE COMPANY, by and through their respective counsel, and stipulate that the above-styled action and Plaintiff's Complaint against said Defendant, having been amicably settled, should be dismissed, with prejudice.

IT IS FURTHER stipulated that the parties shall bear their respective costs and attorneys' fees.

Dated: 12/20/2016

_/s/ John A. Salcedo_
John A. Salcedo, Esq.
Florida Bar No.: 14665
The Mineo Salcedo Law Firm, P.A.
University Office Park
5400 South University Drive, Suite 502
Telephone: (954) 463-8100
Facsimile: (954) 463-8106
Attorney for Plaintiff

Dated: 11/18/16

_/s/ D. Grayson Kelly_
D. Grayson Kelly, Esq.
Florida Bar No.: 86022
Butler Weihmuller Katz Craig LLP
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
Attorneys for Defendant